IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01757-LTB-MJW

KEYBANK NATIONAL ASSOCIATION,

Plaintiff,

v.

GELFOND & ASSOCIATES, P.C., a Colorado Corporation,
LAWRENCE P. GELFOND, and
JULIE L. GELFOND,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Appear by Telephone (Docket No. 12) is GRANTED.  Counsel for Plaintiff is directed to call the court's chambers (303-844-2403) at the scheduled time.  If more than one person will be appearing for Plaintiff by phone, all such persons shall be on the line before calling chambers.

Date: September 10, 2014