**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01757-LTB-MJW

KEYBANK NATIONAL ASSOCIATION,

      Plaintiff,

v.

GELFOND & ASSOCIATES, P.C., a Colorado corporation,
LAWRENCE P. GELFOND, and
JULIE L. GELFOND, jointly and severally,

      Defendants.

---

**ORDER**

---

Upon Plaintiff's Motion for Default Judgment Against Defendant Gelfond & Associates, P.C. (Doc 29), the Court finds as follows:

1.    On June 24, 2014, Plaintiff filed its Complaint against Gelfond.

2.    On June 24, 2014, the Clerk of Court issued a Summons for Gelfond.

3.    On July 3, 2014, Gelfond acknowledged service of the Complaint.

4.    Gelfond has not been represented by counsel.

5.    On August 19, 2014, an Order was issued by this Court granting Defendants Lawrence P. Gelfond and Julie L. Gelfond up to and including September 9, 2014 to hire an attorney to file a response on behalf of Associates.

6.    To date, Gelfond has not filed an Answer to the Complaint.

7.    On September 29, 2014, the Clerk of Court entered Default against Gelfond.

Accordingly, it is

ORDERED that default judgment is granted for Plaintiff and against Defendant Gelfond & Associates, P.C., in the amount of $201,142.98, plus attorneys' fees, costs, and interest.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   October 7, 2014