**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-01757-LTB-MJW

KEYBANK NATIONAL ASSOCIATION,

      Plaintiff,

v.

GELFOND & ASSOCIATES, P.C., a Colorado corporation;
LAWRENCE P. GELFOND and
JULIE L. GELFOND, jointly and severally,

      Defendants.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      As a result of the Suggestion of Bankruptcy being filed by Defendants Julie L. Gelfond and Lawrence P. Gelfond (Doc 42 - filed January 8, 2015), the Plaintiff's Motion for Attorney Fees (Doc 40) is DENIED WITHOUT PREJUDICE to be refiled at the conclusion of bankruptcy if appropriate.


Dated:   March 29, 2016
___